AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 23 CRIM 016 |
| Charles McGonigal | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles McGonigal.

Date: 1/23/23

_____
*Attorney's signature*

Seth DuCharme  4205308
*Printed name and bar number*

Bracewell LLP  31 W. 52nd St.
NY, NY
*Address*

seth.ducharme@bracewell.com
*E-mail address*

212 508 6165
*Telephone number*

1-800-404-3970
*FAX number*