AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_US_
Plaintiff

v.

_Charles McGonigal_
Defendant

Case No. _23 CRM 016_

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Charles McGonigal_.

Date: _1/23/23_

_[signature]_
Attorney's signature

_Meagan Maloney 5949912_
Printed name and bar number

_31 W. 52nd St. 1900, NY, NY 10019_
Address

_meagan.maloney@bracewell.com_
E-mail address

_713-702-8242_
Telephone number

_1-800-404-3970_
FAX number