UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>CHARLES McGONIGAL and SERGEY SHESTAKOV,<br><br>                    Defendants. | 23 Crim. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Having received the letter from defense counsel for Defendant Shestakov dated January 26, 2023, it is hereby

ORDERED that Defendant Shestakov's unopposed request to adjourn the February 1, 2023 conference is GRANTED.  The conference will be held on February 9, 2023 at 11:00 AM in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act between February 6, 2023 and February 9, 2023 to ensure continuity of counsel, to allow Defendant Shestakov to appear with new counsel, and in the interests of justice.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED that, until Defendant Shestakov has retained new counsel, the attorneys of Epstein Sacks PLLC shall continue to represent Defendant for all purposes in this case.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated:  January 27, 2023
        New York, New York

                                                            _____
                                                            JENNIFER H. REARDEN
                                                            United States District Judge