UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>CHARLES McGONIGAL and SERGEY SHESTAKOV,<br><br>                         Defendants. | 23 Crim. 16 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    It is hereby ORDERED that:

1. Trial will commence on June 12, 2024 at 10:00 a.m.

2. Defendants' pretrial motions are due February 2, 2024, with the Government's responses due February 16, 2024, and Defendants' replies, if any, due February 23, 2024.

3. Any motions *in limine* or trial memoranda, as well as proposed *voir dire*, proposed jury instructions, and proposed verdict forms, shall be filed by May 10, 2024. Any oppositions to motions *in limine* or trial memoranda shall be filed by May 24, 2024. The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. Any motions to sever are due May 10, 2024, with responses due May 24, 2024.

5. A final pretrial conference will be held on May 30, 2024 at 11:30 a.m. The conference will occur in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 30, 2023
       New York, New York

                                                                             JENNIFER H. REARDEN
                                                                             United States District Judge