# EXHIBIT D

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

To the Honorable Judge Jennifer H. Rearden:

I am writing on behalf of Charles "Charlie" McGonigal in regards to his upcoming sentencing. I have known Charlie for over twenty-five years, first meeting him while we were employed as Special Agents of the Federal Bureau of Investigation assigned to the FBI New York City Field Office.

Throughout the years, I developed both a professional and personal relationship with Charlie, jointly engaging in, and working Foreign Counterintelligence and Counter Terrorism Investigations. I retired as a Senior Executive Service (SES), Section Chief at the National Threat Center Section at FBI Headquarters.

After retiring from the Bureau in 2009, Governor David Patterson appointed me to the position of Director of Homeland Security for New York State (NYS), where I continued my relationship with Charlie and had many more positive interactions including, but not limited to, his sharing of investigative information with law enforcement agencies throughout NYS.

In the time that I have known Charlie, he always conducted himself with honesty, integrity, and professionalism. I witnessed firsthand his relationship with the younger personnel at the FBI and other agencies, many of whom considered him a mentor and still steadfastly support him citing the positive impact he had in their lives and careers.

Charlie has strong family values, and together with his loving wife, raised two college-educated children, both of whom are respectful and well-mannered, and reflect the positive environment Charlie and his dedicated wife provided for them growing up.

I am extremely disappointed and saddened in Charlie's action and hold him accountable for his misconduct and crime. However, Charlie has acknowledged his poor judgment and grave mistakes, and has expressed deep remorse, recognizing the shame he brought on himself, his family and his past colleagues with the FBI and other agencies. I strongly believe his deep remorse is genuine and that he will use this terrible lapse in judgment as a springboard to be a better person.

I know the Federal Sentencing Guidelines provide the court with recommendations, and I realize how significant the possible sentence could be. In writing this letter, I hope I have provided a more complete picture of who Charlie is, that he is far more than the summary of his charges in this case. I pray that the character traits I observed in all my years of working with Charlie, as well as Charlie's tireless efforts on behalf of the United States, are considered and the sentence you hand down is lenient.

I sincerely appreciate your time and consideration regarding this matter. Thank you for your invaluable and dedicated service as a Jurist.

Sincerely,

-2-

Thomas G. Donlon
FBI HQ, Section Chief, National Threat Center Section, (retired)