| | |
|---|---|
| ▮▮▮▮@s.whatsapp.net Michael ▮▮▮▮ - Delivered:8/24/2021 7:09:55 PM(UTC+0) | Michael, let's agree at $55k with the addition of Dark Web cyber related searches and a section in the final report. How does this sound? |
| **Participants:** ▮▮▮▮@s.whatsapp.net Michael ▮▮▮▮, ▮▮▮▮@s.whatsapp.net Charlie (owner) | Charlie, everything is approved. We have added dark web cyber related searches. The proposal is being modified. Do you think 60k would be acceptable with the dark web search. Otherwise, 55 is fine.<br><br>Also, I sent a draft earlier with the wrong days. It should we 30 business days, six weeks. Is that okay? We will modify otherwise.<br><br>I have a daily review meeting with my team on the ground. We should be about an hour. If I get the revised document before, I will send it. Otherwise, I will send it right after we meet. |
| **Participants:** ▮▮▮▮@s.whatsapp.net Michael ▮▮▮▮, ▮▮▮▮@s.whatsapp.net Charlie (owner) | Hi Charlie. I just sent it. |
| ▮▮▮▮@s.whatsapp.net Michael ▮▮▮▮ - Delivered:8/25/2021 4:46:04 PM(UTC+0) | Thanks Michael. 55k is good with the opportunity to do much more with this client to the tune of millions of the product is good. Think long term not one DD project. |