

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
New York, New York 10007

  Re: *United States v. Sergey Shestakov*, 23 Cr. 16 (JHR)

Dear Judge Rearden:

  Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

  Thank you very much for the Court's consideration.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney


        by: /s/ Sheb Swett
          Sheb Swett
          Assistant United States Attorney
          (212) 637-6522