

Glavin PLLC
156 W. 56ᵗʰ Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

December 10, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Sergey Shestakov, 23 Cr. 16 (JHR)**

Dear Judge Rearden:

      I represent Sergey Shestakov and write to respectfully request an additional one-week extension of the time to file reply papers in support of Mr. Shestakov's motion to take the Rule 15 deposition of Evgeny Fokin from Tuesday, December 10 to Tuesday, December 17.  We have not yet spoken with Mr. Fokin's counsel because, while the engagement letter has been signed, the retainer has not yet been finalized.  En+'s counsel expects that the retainer will be finalized soon, and we therefore will need additional time to speak with Mr. Fokin's counsel regarding our Rule 15 application, as well as with the government.  The government consents to this request.

      Respectfully submitted,

      */s/ Rita M. Glavin*
      Rita M. Glavin