```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :      23-cr-16 (JSR)
         -v-                        :
                                    :
SERGEY SHESTAKOV,                   :
                                    :
         Defendant.                 :
------------------------------------x
```

ORDER

Now that this case has been reassigned to the undersigned, it is important that all counsel familiarize themselves with the Court's Individual Rules of Practice. In particular, the second sentence of the Rules expressly states that "[c]orrespondence with the Court (whether by letter, email, or otherwise) . . . and copying the Court on correspondence with others, is <u>strictly forbidden</u>, except as specifically authorized by these rules or expressly requested by the Court." (emphasis in original).

This afternoon, the Court received from counsel for defendant a 13-page, single-spaced letter purporting to "apprise the Court ahead of the May 1, 2025 conference" of various matters. While the Court assumes that this letter was submitted in good faith and in an attempt to be helpful, the Court will disregard the letter in its entirety, since it was submitted in violation of the Court's Rules. Any matter that counsel would like to present to the Court should be addressed orally at tomorrow's conference. But, moving

1

forward, all counsel are hereby strictly advised that any future noncompliance with the Court's Individual Rules may give rise to sanctions.

SO ORDERED.

Dated: New York, NY
April 30, 2025

_____
JED S. RAKOFF, U.S.D.J.