```
     P5F8SHEC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              23 Cr. 16 (JSR)

5    SERGEY SHESTAKOV,

6                   Defendant.                 Remote Conference

7    ------------------------------x
                                                May 15, 2025
8                                               11:00 a.m.

9    Before:

10                     HON. JED S. RAKOFF,

11                                              District Judge

12                         APPEARANCES

13   JAY CLAYTON
          United States Attorney for the
14        Southern District of New York
     BY:  REBECCA T. DELL
15        AMANDA C. WEINGARTEN
          OLGA I. ZVEROVICH
16        Assistant United States Attorneys

17   GLAVIN PLLC
          Attorneys for Defendant
18   BY:  RITA M. GLAVIN
          LEO KORMAN
19        KATHERINE E. PETRINO

20
     Also present:
21
          WILLIAM FRITZLEN, U.S. State Department
22        TOM HEINEMANN, U.S. State Department

23

24

25
```

1           (All parties and the Court appearing telephonically)
2           THE COURT:  Would the people on the phone please
3    identify themselves.
4           MS. DELL:  Good morning, your Honor.  This is Rebecca
5    Dell from the government.  I am joined by AUSAs Amanda
6    Weingarten and Olga Zverovich.
7           THE COURT:  Good morning.
8           MS. GLAVIN:  Good morning, your Honor.  Rita Glavin.
9    I am joined by my colleagues, Leo Korman and Katherine Petrino,
10   at Glavin PLLC, and my client, Sergey Shestakov, is also on the
11   line.
12          Mr. Shestakov, can you please confirm?
13          THE DEFENDANT:  Yes, I am here.
14          THE COURT:  Good morning.
15          And we have some folks from the State Department.
16          MR. FRITZLEN:  Yes.  Good morning, your Honor.  This
17   is Bill Fritzlen with the Office of the Legal Adviser at the
18   State Department.
19          MR. HEINEMANN:  This is Tom Heinemann, also with the
20   Office of the Legal Adviser at State.
21          THE COURT:  All right.  So thanks to everyone for
22   calling.
23          I particularly want to thank Mr. Fritzlen for his
24   letter, which was very, very helpful.  I also thought it was
25   very well written, but I attribute that entirely to the fact

1   that Mr. Fritzlen, as I understand it, was an English major
2   undergrad, and as myself being an English major undergrad, I
3   feel a close bond with anyone who understands the English
4   language.  So, anyway, Mr. Fritzlen, thank you very much for
5   that letter.
6          You probably, I gather, do know the background of this
7   case, but I wanted to just mention a couple of things.  The
8   case was brought way back in 2023, and it has not been brought
9   to trial for a number of reasons, all of which led the judge,
10  Judge Rearden, who had the case until recently, to exclude
11  time, with the consent of both sides, for various reasons.  But
12  the only thing that remains that has prevented this case from
13  going forward to trial is the defense request, that was
14  approved by Judge Rearden, to try to take the deposition, or
15  other form of testimony, of Mr. Fokin, who is abroad, a
16  resident, as I understand it, in Russia, but willing to provide
17  testimony in either Turkey, the UAE, or Serbia.
18          So, as your own letter reflects, letters rogatory were
19  issued and Judge Rearden, just before she transferred the case
20  to me, set a trial date of June 17.  So there is some urgency,
21  and the urgency is compounded by the fact that, having now gone
22  deeply into the case, I am very disinclined to exclude any
23  further time under the Speedy Trial Act.  So there is
24  considerable urgency.
25          So, in your very fine letter, which I repeat was very

1  helpful to the Court, and thank you for it, in explaining how
2  the State Department sends letters rogatory to the relevant
3  embassy, and the embassy then returns them to the department,
4  which forwards them, when there is a response, back to me.  And
5  then you add——this is on the second page of your
6  letter——"execution of letters rogatory may take a year or more.
7  If letters rogatory, or supplemental letters rogatory, seek
8  assistance on an urgent basis, the department will convey the
9  request as written."
10          And then, on the final page of your letter, you talk
11 about the most recent additional letter rogatory of defense
12 counsel, which was the first thing I signed off on but had
13 already been verbally approved by Judge Rearden, and you say,
14 "As these are still in transit to the U.S. Embassy in Ankara,
15 if requested by the court or the requesting party to do so, we
16 can ask the Embassy to add additional language to the
17 diplomatic note it uses to transmit the letters rogatory
18 indicating that the court is seeking assistance on an urgent
19 basis.  The department will also direct the Embassy to make
20 status inquiries on behalf of the court or interested party
21 when requested, but as noted above, will not advocate for
22 particular outcome as to preserve the integrity of
23 court-to-court communications without external interference."
24          So that sounds exactly what I was hoping to learn; and
25 so, for the reasons I have just indicated, this Court does want

1  to request that these letters rogatory be treated with
2  considerable urgency and also that we get status reports as to
3  how things are going.  And my only question to you is, what
4  form do you want that to take from me?  Do you want an order?
5  Do you want a letter?  Do you want an email?  Is this
6  conversation sufficient?  I am happy to do whatever you want in
7  that regard, but I need to know what you want in that regard.
8            MR. FRITZLEN:  Thank you, your Honor.
9            Any form of communication from you would be sufficient
10  for us to advise the embassy to include additional language.
11  If you wanted to do an email, we could use the exact language
12  or just indicate that you have informed us that this is a
13  matter that is extremely urgent, and we can add that to the
14  language that we provide for the diplomatic note.
15            THE COURT:  That's great.  So let's do that.  And I
16  approve that and you can convey it as my request.
17            MR. FRITZLEN:  Absolutely.  I will do it as soon as we
18  are off this call.
19            THE COURT:  Terrific.
20            Well, that's the main reason for this call.  I have a
21  couple of other things I need to discuss with counsel relating
22  to aspects of the case, but they don't concern the letters
23  rogatory.  So we can let Mr. Fritzlen and his colleague go,
24  unless anyone else has any questions for them.
25            MS. GLAVIN:  Your Honor, this is Rita Glavin, defense

1  counsel.  I just want to be sure with respect to what I
2  understand the Court is asking with the letters rogatory.
3          So, there are letters rogatory right now to three
4  separate countries:  UAE, Serbia, and Turkey.  And I just want
5  to make sure that we are all on the same page that the Court's
6  expedited request for action on those letters is being made
7  with respect to the requests to all three countries.  I just
8  want to confirm that.
9          THE COURT:  That was my intent, but thank you for
10 specifying that, because the most recent ones were only
11 directed to Turkey, and so there may have not been total
12 clarity on that point.
13         But, Mr. Fritzlen, the same message can be conveyed in
14 all three cases?
15         MR. FRITZLEN:  Yes.  I would have to check on the
16 status of the UAE and Serbia.  If the letters rogatory have
17 already been delivered, we could send an additional diplomatic
18 note saying that we have discussed the matter with the Court
19 and the Court has indicated that it is extremely urgent and
20 would appreciate having this matter expedited within the time
21 frame that the Court has suggested since you're scheduled to go
22 to trial on June 17.
23         THE COURT:  Terrific. All right. Excellent.
24         Anything else, Ms. Glavin?
25         MS. GLAVIN:  No, your Honor.

1         THE COURT:  Anything from the government?

2         MS. DELL:  No, your Honor.  We just ask that the
3    letter that Mr. Fritzlen wrote be docketed.

4         THE COURT:  Sure.  I am happy to do that today.

5         MS. DELL:  Thank you.

6         THE COURT:  All right.

7         Again, Mr. Fritzlen, and I am sorry, I forgot your
8    colleague's name, but thanks to both of you, and you can sign
9    off at this point.  But counsel on the case stay on.

10        MR. FRITZLEN:  Thank you.  Signing off.

11        THE COURT:  So, I ruled earlier this morning on some
12   of the outstanding requests, and I am prepared to rule soon on
13   the others.  So I am not sure we need to have the conference
14   that we had scheduled, I think it was -- I can't remember, I
15   think it was Friday, but I am happy to have it if anyone thinks
16   there is a reason for it, but I think at the moment there is
17   really nothing I need.  Obviously, as soon as anyone hears
18   further from the State Department, we may need to reconvene
19   with respect to that.

20        Ms. Glavin, I will leave it to you to convey to
21   Mr. Fokin's counsel what occurred today so he is aware of that
22   and can advise his client that things may start moving with
23   some speed.

24        MS. GLAVIN:  Yes, your Honor.  I actually reached out
25   to Mr. Fokin's counsel this morning to let him know about this

1    conference at 11.  He had a telephone call.  He was going to
2    try and join.  He had a telephone call at 11, but he may join
3    at some point, or dial in, if he finishes that call.
4             THE COURT:  Okay.  The only other thing on my list is,
5    I think I have indicated this before, but I just want everyone
6    to be aware of it.  I am a hundred percent certain that I could
7    not, consistent with the spirit of the Speedy Trial Act,
8    exclude any further time in this case.
9             Now, if, for example, we learn that the deposition of
10   Mr. Fokin can go forward but not till, say, June 30, I am just
11   picking that out of the air, I would be amenable to moving the
12   trial, but not to excluding any time.  So, putting it a
13   different way, since time has been excluded through June 17,
14   then under the Speedy Trial Act the case must go to trial, if
15   the judge is unwilling, as I am unwilling, to exclude any
16   further time, by August 26.
17            Now, hopefully we can still go forward on June 17, or
18   hopefully there will only have to be a short extension if the
19   Fokin matter moves forward rapidly, but I just want you to all
20   be aware, because I know you have, presumably, other cases and
21   other summer plans and so forth --
22            MS. GLAVIN:  Your Honor, this is Ms. Glavin.  I am
23   having some difficulty hearing the Court.
24            THE COURT:  I'm sorry.  I have been having some
25   trouble with this phone set recently.  I'm not sure what the

1  problem is.  So I will repeat.
2             Did the government hear everything I had to say?
3             MS. DELL:  Yes, your Honor.
4             THE COURT:  Well, I will make it a shorter version for
5  Ms. Glavin.
6             Ms. Glavin, what I was saying was that I am not
7  willing, under any circumstances whatever, to exclude any time
8  beyond June 17 because I don't think it would be consistent
9  with the letter and spirit of the Speedy Trial Act.  So,
10 hopefully we could still go forward with the trial on June 17
11 if the Fokin matter moves with great rapidity.  But if we have
12 to postpone the trial a few weeks because of the Fokin matter,
13 that I would be prepared to consider, but not to exclude the
14 time.
15            And the reason I am raising this now is, if my
16 calculations are right, this means that the last possible day
17 that the case could go to trial under the Speedy Trial Act
18 would be August 26.  Hopefully we won't have to worry about
19 that, we will get it done long before that, but I just wanted
20 to flag that.  Because if anyone was to come to me, worst case,
21 if we had to go forward on August 26, and someone said, Oh,
22 Judge, I have a matter before some other court, or I have
23 long-standing vacation plans, or something even more common
24 like, Judge, I can't believe you want to try a case in August,
25 the answer to that is we would go forward.  So all joking

1    aside, I just wanted to alert you all to that.
2             Okay.  That's all on my list.  Anything that anyone
3    else has?
4             MS. GLAVIN:  Judge, I, of course, completely
5    understand what the Court is saying.  As the Court knows, I
6    just need to make my record for Mr. Shestakov.  And I think we
7    made our record in the letter, but we believe that Mr. Fokin
8    is, and will be, the most important witness in the case, given
9    that the government's case is entirely circumstantial, and
10   Mr. Fokin, who is still employed by EN+ and has informed EN+
11   that this work was done on behalf of EN+ and its subsidiary
12   Rusal, that I do have to make my record that the defense would
13   object to going forward without his testimony, but I think we
14   have made that record.  I just want to make sure that it's
15   clear.
16            THE COURT:  You have made that record.  The government
17   has made its own record about why it thinks the defense engaged
18   in excessive delay and so forth.  But from my standpoint, it is
19   precisely because of your assertion of that that the Court has
20   gone to such lengths to make sure that the State Department
21   conveys, as it has now indicated it will, the Court's request
22   to the authorities back with extreme urgency.  If, by contrast,
23   for example, the UAE, which there was some indication earlier
24   was less responsive to letters rogatory in general, says, in
25   effect, Oh, we are sorry, the earliest we can do it is 2029,

1  there it is, the case will go forward.  But hopefully all this
2  is academic at this point.
3           MS. GLAVIN:  Nothing else from the defense, your
4  Honor.  Thank you.
5           THE COURT:  Anything from the government?
6           MS. DELL:  No, your Honor.
7           THE COURT:  Very good.  Thanks very much.
8           (Adjourned)